■ The People of the State of New York, Respondent, v Rehana Beepat, Appellant. [857 NYS2d 517]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered on or about December 5, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Sweeny, Moskowitz and Renwick, JJ.